**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

YONGHANG WU,

Petitioner,

v.

WARDEN, Adelanto ICE Processing Center, et al.,

Respondents.

Case No. 5:26-cv-04032-VBF-DTB

**JUDGMENT**

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and thus action is dismissed without prejudice.

Date: October 27, 2026

Valerie Baker Fairbank

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE