**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

**YONGHANG WU,**

Petitioner, `

v.

MARKWAYNE MULLIN *et al.*,

Respondents.

**ORDER**

ED CV 26-04032-VBF-DTB

Scheduling Briefs on Mot. for Leave to File a First Amended Complaint

The United States Magistrate Judge issued a Report and Recommendation ("R&R") on September 30, 2026, CM/ECF Document ("Doc") 13, and petitioner filed objections (Doc 17) on October 8, 2026. Shortly thereafter, petitioner moved for leave to amend the complaint. By Order issued earlier today (Doc 19), this Court overruled petitioner's objections, adopted the R&R, and dismissed the complaint without prejudice.

The Court construes petitioner's motion for leave to amend as a motion to reinstate the case and then to file the proposed first amended complaint.

**This case shall be maintained on the active docket.**

**No later than Friday, November 20, 2026, the respondents SHALL FILE a response to petitioner's motion for leave to file the proposed first amended complaint.**

**No later than Friday, December 4, 2026, petitioner MAY FILE a reply brief.**

IT IS SO ORDERED.

Dated: October 27, 2026

Honorable Valerie Baker Fairbank
Senior United States District Judge